## HAROLD STOHLTS ET AL. *v.* JAMES F. GILKINSON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 87 Conn. App. 634 (AC 24618), is denied.

*Averum J. Sprecher*, in support of the petition.

*Owen P. Eagan*, in opposition.

Decided April 21, 2005

## STATE OF CONNECTICUT *v.* MICHAEL GAY

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 806 (AC 24646), is denied.

*Mary H. Trainer*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.